**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Vincent Missouri, Petitioner.

Appellate Case No. 2018-000057

———

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

———

Appeal from Pickens County
James R. Barber, III, Circuit Court Judge

———

Memorandum Opinion No. 2019-MO-025
Heard May 8, 2019 – Filed May 15, 2019

———

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

———

David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, and Jonathan Scott Matthews, both of Columbia, and William Walter Wilkins, III, of Greenville, for Respondent.

———

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *State v. Missouri*, Op. No. 2017-UP-383 (S.C. Ct. App. filed October 18, 2017). We now dismiss the writ as improvidently granted.

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ., and Acting Justice Thomas E. Huff, concur.**